# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO\
# Judge Robert E. Blackburn

Civil Action No. 16-cv-00483-REB

TINA ROCHELLE ALLEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## MINUTE ORDER[1]

    The matter before me is defendant's **Motion To Amend** [#11], filed March 15, 2016.  Having considered the motion and the file, and being adequately advised of the premises, I find and conclude that the motion is well-taken and should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That defendant's **Motion To Amend** [#11], filed March 15, 2016, is granted; and

    2.  That the clerk of the court shall amend docket entry #6 to reflect that defendant's answer is due on or before April 26, 2016.

    Dated:  March 15, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.